IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| QUICK SILVER RESOURCES LLC, | : | Case No. 15-10585 (LSS) |
| et al., | : | BAP No. 17-33 |
| | : | |
| Debtors. | : | |
| | : | |
| KENNETH STEWART, | : | C.A. No. 17-1152 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| QUICK SILVER RESOURCES LLC, | : | |
| et al., | : | |
| | : | |
| Appellees. | : | |

ORDER

At Wilmington this 26th day of October, 2017, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 5);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **November 30, 2017.**

UNITED STATES DISTRICT JUDGE